# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**MARCUS W. BROWN,**
          **Plaintiff,**

    **v.**                                   **Case No. 11-CV-01080**

**MILWAUKEE COUNTY,**
          **Defendant.**

---

## <u>ORDER</u>

On February 13, 2012, I administratively closed this case and notified plaintiff that

he had until August 13, 2012 to re-open it by notifying the court of any further complaints.

Plaintiff has not elected to re-open the case.

    **THEREFORE, IT IS ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

    Dated at Milwaukee, Wisconsin, this 13th day of September 2012.


                                     s/ Lynn Adelman

                                     _____

                                     LYNN ADELMAN
                                     District Judge